COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Josephine P. Heller
Manasseh, Gill, Knipe & Assoc.
8075 Jefferson Highway
Baton Rouge LA 70809

**REHEARING ACTION: June 24, 2015**

**Docket Number: 14   00637-KA**

**STATE OF LOUISIANA
VERSUS
MARCUS GUILLORY**

**Appealed from Avoyelles Parish Case No. 169927**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks
Hon. Elizabeth A. Pickett
Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Marcus Guillory** has this day been

**DENIED.**

cc: Hon. Charles A. Riddle, III, Counsel for the Appellee
   Michael Francis Kelly, Counsel for the Appellee